UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

CORY WINTER
on behalf of himself and
all others similarly situated,

    Plaintiff,

Case No. 19-cv-657

v.

U.S. PAPER MILLS CORP., *et. al.*

    Defendants

## PLAINTIFF'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND COSTS

COMES NOW Plaintiff, Cory Winter, on behalf of himself and all others similarly situated, by and through his counsel, WALCHESKE & LUZI, LLC, and hereby respectfully Motions this Court for Approval of Attorneys' Fees and Costs on the grounds set forth herein, in Plaintiff's supporting Brief, and in the accompanying Declarations.

1. Plaintiffs' counsel has achieved substantial and considerable success in this matter – a Fair Labor Standards Act (FLSA) Collective and a Wisconsin Wage Payment and Collection Law (WWPCL) Class – on behalf of approximately six hundred and sixty seven (667) current and former employees of Defendants, U.S. Paper Mills Corp. and Sonoco Products Company, by negotiating a fair and reasonable settlement of this matter with Defendants' counsel, the terms of which are embodied in the parties' fully executed "Joint Stipulation of Class and Collective Action Settlement and Release" (hereinafter simply the parties' "Settlement Agreement"), (ECF No. 28-1), and preliminarily approved by this Court. (ECF No. 31);

2. In accordance with the agreed-upon terms of the parties' Settlement Agreement, Plaintiff's counsel motions this Court for approval of attorneys' fees and costs in the total amount of $216,666.67, which represents one-third (1/3) of the "Maximum Settlement Amount," or $650,000.00. (ECF No. 28-1, ¶¶ 6-7; Declaration of Scott S. Luzi ("Luzi Decl."), ¶¶ 6-8, 18, 20);

3. Defendants have agreed to express non-opposition to Plaintiff's counsel Motion for Approval of Attorneys' Fees and Costs in the total amount of $216,666.67, (ECF No. 28-1, ¶ 7); and

4. Plaintiff's counsel's requested attorneys' fees and costs are fair, reasonable, and representative of and consistent with the rates of other attorneys in the community and approved in similar matters before this Court in multi-plaintiff FLSA collective and WWPCL class cases.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant his Motion for Approval of Attorneys' Fees and Costs in the total amount of $216,666.67 as set forth herein.

Dated this 20th day of April, 2020

                WALCHESKE & LUZI, LLC
                Counsel for Plaintiff

                **s/ *Scott S. Luzi*** _____
                Scott S. Luzi, State Bar No. 1067405

WALCHESKE & LUZI, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Fax: (262) 565-6469
E-Mail: sluzi@walcheskeluzi.com